UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| MARK S. HUFFSTETLER, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 3:18-CV-210-DCP |
| ) | |
| NANCY A. BERRYHILL, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636(b) and the Rules of this Court. Now before the Court is Defendant's Motion for a Stay of Dispositive Motion Deadline in Light of Lapse of Appropriations [Doc. 20]. The Commissioner submits that the appropriations act funding the Department of Justice expired at midnight on December 22, 2018, and requests that the dispositive motion deadline be stayed until Congress has restored the appropriations. Additionally, the Commissioner states that Plaintiff's counsel does not object to a stay of the dispositive motion deadline.

The Court finds Defendant's Motion to Stay [**Doc. 20**] well-taken, and it is **GRANTED**. Accordingly, the Court finds this action **STAYED** until Congress restores appropriations to the Department of Justice. The Commissioner **SHALL** notify the Court within seven (7) days of the restoration of funding, at which time the Court will enter an order lifting the stay. All current deadlines for the parties are extended commensurate with the duration of the lapse in appropriations. Upon the restoration of appropriations, the parties **SHALL** file notice with the Court proposing new briefing deadlines.

1

**IT IS SO ORDERED.**

ENTER:

*Debra C. Poplin*
Debra C. Poplin
United States Magistrate Judge